## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**FELIX ANGEL FALCON FIGUEROA**
**aka FELIX A FALCON FIGUEROA, aka FELIX**
**ANGEL FALCON, aka FELIX FALCON**
**MYRNA JURADO RODRIGUEZ**
**aka MYRNA FALCON**

**xxx–xx–8982**
**xxx–xx–6305**

Debtor(s)

Case No. **15–04065 MCF**

Chapter **13**

FILED & ENTERED ON 1/30/18

### ORDER DISMISSING CASE

The motion to dismiss filed by SCOTIABANK DE PUERTO RICO (docket #51) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, January 30, 2018 .

Mildred Caban Flores
United States Bankruptcy Judge